United States District Court
Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| | ) | District Court Case No. 1:05-CR-35 |
| vs. | ) | |
| Donna Davidson | ) | |

## MEMORANDUM AND ORDER

This action came to the attention of the undersigned on Wednesday, April 27, 2005, through a case conference with U. S. Pretrial Services Officer, Mary Ann Zwicknagel, recommending the defendant's pretrial conditions of release be modified pending sentencing in this matter.

Having reviewed the case material and considered the matter, the previous Order setting the defendant's conditions of release is **MODIFIED** as follows:

**Effective Tuesday, May 3, 2005, the defendant shall be removed from the Salvation Army Halfway House and will reside with her father at: 233 Linsdale Road, Delano, TN 37325. Additionally, she will be placed on Home Confinement with Electronic Monitoring at this residence.**

All of the other conditions of release from custody as set forth in the court's Order Setting Conditions of Release of March 24, 2005, remain in full force and effect.

**SO ORDERED.**

**ENTER.**

April 27, 2005

*[signature]*

**Honorable William B. Mitchell Carter
United States Magistrate Judge**